O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL MENDOZA ZARATE, | ) | Case No. EDCV 06-0505 CAS(JC) |
| Petitioner, | ) ) | (PROPOSED) |
| v. | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| L. CHRONES, Warden, | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| Respondent. | ) ) | JUDGE |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on petitioner and on counsel for respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6    DATED:  March 25, 2009

7

8    _____

9    HONORABLE CHRISTINA A. SNYDER
     UNITED STATES DIST

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28