JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL MENDOZA ZARATE, | ) | Case No. EDCV 06-0505 CAS(JC) |
| | ) | |
| Petitioner, | ) | ~~(PROPOSED)~~ |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| L. CHRONES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: March 25, 2009              _____
                                    HONORABLE CHRISTINA A. SNYDER
                                    UNITED STATES DISTRICT JUDGE